# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>JEROME JONES<br><br>*Defendant(s)* | Case No.<br>22-137 MAG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 5, 2022  in the parish of  Orleans  in the  Eastern  District of  Louisiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in Possession of a Firearm |
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |
| 21 U.S.C § 841 | PWITD Cocaine |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Vincent Liberto
*Complainant's signature*

Special Agent Vincent Liberto, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2022

*Judge's signature*

City and state: New Orleans, Louisiana

Honorable Janis van Meerveld, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-137 |
| v. | * | SECTION: MAG |
| JEROME JONES | * | |
| | * | |

\* \* \*

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT**

I, Vincent Liberto, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since August 2016. I am currently assigned to the New Orleans Field Office, in New Orleans, Louisiana. Prior to my employment with ATF, I was a detective with Baton Rouge Police Department (BRPD) in Baton Rouge, Louisiana. I was employed with BRPD from 2008 to 2016.

2. I am responsible for investigating and enforcing violations of Federal law, including violations of Federal firearms laws and Title 18 offenses, to include matters related to violent crimes. During my law enforcement career, I have participated in several complex investigations, specifically in the matters of violent crime and narcotics trafficking. I regularly work with a team of agents and task force officers who are focused on investigating crimes related to violence and drug distribution.

3. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program, both at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior, I attended and graduated from the Baton Rouge Police Department's 21-week

Basic Police Academy.  I received a Bachelor of Arts in General Studies from the Southeastern Louisiana University in 2015.

## PURPOSE OF AFFIDAVIT

4.     This affidavit is made in support of a criminal complaint against Jerome JONES for violation of Title 18, United States Code, Section 922(g)(1), possession of a firearm by a convicted felon; Title 18, United States Code, Section 924(c), possession of a firearm in furtherance of a drug trafficking offense; and Title 21, United States Code, Section 841, possession with the intent to distribute cocaine.

5.     Since this affidavit is being submitted for this limited purpose, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are essential to establish the necessary foundation for obtaining a criminal complaint. I make this affidavit based upon my personal knowledge derived from my participation in this investigation and upon information relayed to me from members of New Orleans Police Department (NOPD).

## PROBABLE CAUSE

6.     Prior to this incident, the New Orleans Police Department (NOPD) obtained multiple state arrest warrants for Jerome JONES (black/male, DOB: XX/XX/1990).  Those charges included Accessory to Attempted Second-Degree Murder, Battery, Possession with the Intent to Distribute Sch I, Possession with the Intent to Distribute Sch II, Possession of Drug Paraphernalia, First Degree Rape, Battery upon a Dating Partner, and Domestic Abuse Battery.

7.     On October 5, 2022, the United States Marshal Service (USMS) located JONES at his residence, located at 7881 Shamrock Street, New Orleans, Louisiana 70128.  When the USMS attempted to execute those arrest warrants, JONES refused to exit his residence for approximately forty-five (45) minutes.  JONES was eventually taken into custody without further incident.

8.　　　Once the residence was secured, NOPD obtained a state search warrant for JONES' residence. This warrant was signed on October 5, 2022, by Commissioner Dennis Moore, Orleans Parish Criminal District Court, Parish of Orleans, State of Louisiana. NOPD detectives and I searched the residence. Utilizing a NOPD firearm detection canine, the following items were located inside the living room couch: a Glock, model 22, .40 caliber, semi-automatic pistol, bearing serial number MVF683 (loaded with a 50-round magazine); a Romarm/Cugir, model Mini Draco, caliber 7.62x39, semi-automatic pistol, bearing serial number PE-2617-2018RO; numerous rounds of ammunition; approximately 156.9 grams of suspected cocaine (field tested positive for the presence of cocaine) in multiple clear plastic bags; and a digital scale with suspected cocaine residue. The guns were located next to a box in which the drugs were found. Based on my training and experience, this quantity of cocaine, particularly when combined with the scale and the bags, is indicative of distribution. A photo of items seized during the search of the residence is below.



9. After speaking with the NOPD case detective for the First-Degree Rape charge, I learned the victim in that case described to the detective the two firearms the victim had previously seen with JONES. The victim described the pistol as black in color and having a 50-round magazine attached to it. The victim described the other firearm as a Draco, brown and black in color. Both descriptions matched the two firearms located inside JONES' living room couch.

10. Additionally, a NOPD detective informed me of one of JONES' social media accounts; traprock_trm. Below is a screenshot of the Instagram page, depicting JONES in the profile picture. On March 26, 2022, JONES posted a photograph of what appears to be a screenshot of a Facetime call. In this picture it appears an individual is holding a firearm that looks identical to the Romarm/Cugir Mini Draco located at JONES' residence. This picture is also below. Additionally, on November 9, 2021, JONES posted a video of a music video. Throughout the video, JONES is seen holding a firearm that looks identical to the Romarm/Cugir Mini Draco located at JONES' residence. A still taken from this video is below.



**Screen shot of profile page showing Jones**

4



**Screenshot of Facetime Call**



**Still from Music Video**

11.    Prior to this incident, JONES was convicted in April 2010 for Armed Robbery and Possession of Heroin in Orleans Parish Criminal District Court. These are both felonies and JONES was sentenced to 10 years for the crimes. His probation for that case ended in July 2019.

5

12. I am aware weapons from Glock, Inc. and Romarm/Cugir are not manufactured in the state of Louisiana. Accordingly, the firearms seized from JONES on October 5, 2022 necessarily moved in and affected interstate commerce before being seized from JONES. These weapons also fit the relevant federal definition of a firearm.

13. Based on my training and experience, individuals dealing in narcotics often possess firearms for protection, as they typically cannot go to the police to report robberies of their drugs and/or money and are often targets because other individuals know that drug dealers often have items of value, including drugs and drug proceeds. Firearms are thus tools of the drug trade. Here, given the proximity between the weapons and the narcotics, I believe the weapons were possessed in furtherance of the drug trafficking.

14. Based on the foregoing, I submit there is probable cause to believe that JONES violated Title 18, United States Code, Section 922(g)(1), possession of a firearm by a convicted felon; Title 18, United States Code, Section 924(c), possession of a firearm in furtherance of a drug trafficking offense; and Title 21, United States Code, Section 841, possession with the intent to distribute cocaine.

/s/ Vincent Liberto
Vincent Liberto
Special Agent
ATF

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the

complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed and sworn to before
me, this  6th  day of October, 2022.
New Orleans, Louisiana.

_____
HONORABLE JANIS VAN MEERVELD
U. S. MAGISTRATE JUDGE